PER CURIAM.

(No. 75-CC-67— )

VERNON HENRY, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed August 29, 1974.*

VERNON HENRY, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.